IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff/Respondent.<br><br>vs.<br><br>DOUGLAS DEBRUIN,<br><br>     Movant/Petitioner. | CR 02-1072-PCT-EHC<br>CV 04-2194-PCT-EHC (ECV)<br><br><br>**ORDER** |

Douglas Debruin, Petitioner, filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255. (Dkt. 80). Respondent filed a Response in Opposition to Motion to Vacate. (Dkt. 87).

Magistrate Judge Edward C. Voss filed a Report and Recommendation. (Dkt. 104).  Petitioner filed Motion to Oppose Courts Report and Recommendation (Dkt. 105) and a Correction. (Dkt. 107).  The Court construes the Motion to Oppose as an Objection.

Also pending before the Court is Petitioner's Notice of Appeal from Magistrate Judge Voss' Order of Nov. 17, 2005 denying leave to amend issued Nov. 17, 2005. The Notice of Appeal states that "An interlocutory appeal shall be filed in the Ninth Circuit Court of Appeals." (Dkt. 106). The Court construes the Notice of

1 | Appeal as a Motion for an order certifying appealability
2 | pursuant to 28 U.S.C. § 1292(b). (Dkt. 106).

### STANDARD OF REVIEW

A district court judge reviews de novo the Report and Recommendation of a Magistrate Judge. See 28 U.S.C. § 636(b)(1)(C).

This Court having reviewed the record de novo, including the Objections filed by Petitioner, adopts in full the Report and Recommendation of the Magistrate Judge (Dkt. 104) and incorporates the same as a part of this Order.

Accordingly,

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of the Magistrate Judge. (Dkt. 104).

**IT IS FURTHER ORDERED** denying Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. (Dkt. 80).

IT IS FURTHER ORDERED denying Petitioner's Notice of Appeal from the Order issued Nov. 17, 2005, construed as a Motion for an Order pursuant to 28 U.S.C. §1292(b). (Dkt. 106).

DATED this 2nd day of February, 2006.

_____
Earl H. Carroll
United States District Judge